AO 243 (Rev. 01/15)                                                                                              Page 2

## MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District | |
|---|---|---|
| Name *(under which you were convicted)*: Amanda Gunn | Georgia, Southern | Docket or Case No.: 20CR00014-2 |
| Place of Confinement: FCI Aliceville | | Prisoner No.: 33621509 |
| UNITED STATES OF AMERICA  V. | | Movant *(include name under which convicted)* Amanda Gunn |

### MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:

   CV122- 151

   Augusta, GA

   (b) Criminal docket or case number (if you know): 20CR00014-2

2. (a) Date of the judgment of conviction (if you know): _____

   (b) Date of sentencing: 05-24-2022

3. Length of sentence: 235 months

4. Nature of crime (all counts):

   Sex Trafficking Conspiracy

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐     (2) Guilty ☑     (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☐
7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☑   No ☐
8. Did you appeal from the judgment of conviction?   Yes ☐   No ☑

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☑  No ☐
       If "Yes," answer the following:
       (1) Docket or case number (if you know): _____
       (2) Result: _____
       (3) Date of result (if you know): _____
       (4) Citation to the case (if you know): _____
       (5) Grounds raised:

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☑

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

AO 243 (Rev. 01/15)                                                                                                                 Page 4

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐ No ☐
  (7) Result: _____
  (8) Date of result (if you know): _____
 (b) If you filed any second motion, petition, or application, give the same information:
  (1) Name of court: _____
  (2) Docket of case number (if you know): _____
  (3) Date of filing (if you know): _____
  (4) Nature of the proceeding: _____
  (5) Grounds raised:

  (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes ☐ No ☐
  (7) Result: _____
  (8) Date of result (if you know): _____
 (c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
  (1) First petition: Yes ☐ No ☐
  (2) Second petition: Yes ☐ No ☐
 (d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

AO 243 (Rev. 01/15)                                                                                           Page 5

GROUND ONE: Not given the chance for a fair trial.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
I do not believe I was given the opportunity for a fair trial. Given the fact that if I was to take it to trial, I would have to sit next to my own abuser (co-defendant). I believe the jury would not have been given a fair chance to hear my story because the would have been blinded by the terrible things they would hear that my co-defendant did. Not to mention the anxiety + PTSD I have that would be made worse being put through that. My attorney put in a motion for a change of venue but the judge denied the request.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☑
  (2) If you did not raise this issue in your direct appeal, explain why:

I did not appeal. Did not know I could.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☑
  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed: _____

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☑
  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☑
  (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

I was not aware that I could raise this issue.

**GROUND TWO:** No time given to fully review ~~appro~~ plea and/or process it or discuss it with my family.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On November 4, 2021, I went to the Federal court house to begin pre-trial. After pre-trial, my attorney came to me, while I was still at the court house, and showed me a plea deal that was offered. The plea deal was nothing like the plea deal mentioned before for obstruction. It was for sex trafficking conspiracy. I was given roughly 5 minutes to sign the plea + put my plea in before the judge because the following week he would be in Savannah, GA + I would not have the chance to go before him again before the trial was to start. Trial was to begin on November 15, 2021.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☑

(2) If you did not raise this issue in your direct appeal, explain why:

I was not aware I could appeal

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes ☐  No ☑

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes ☐  No ☑

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
   Yes ☐  No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

I was not aware that I could raise this issue.

**GROUND THREE:** 5K1 was taken away at the last minute

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

On November 16, 2021, I testified against my co-defendant. I answered all of the questions asked of me to the best of my ability. I believe my testimony proved that my co-defendant was fully aware of the terrible things he did and showed consistency with what myself + the victim went through. The DA filed all the paperwork for me to receive a 5K1 for my testimony. At the very last

AO 243 (Rev. 01/15)                                                                                                          Page 10

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐     No ☐

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐     No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐     No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

_____

14. Do you have any motion, petition, or appeal **now pending** (filed and not decided yet) in any court for the you are challenging?     Yes ☐     No ☑

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

AO 243 (Rev. 01/15)                                                                                                           Page 11

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

   (a) At the preliminary hearing:

   F Adam Nelson - 631 Ronald Regan Dr., Evans, GA 30809

   (b) At the arraignment and plea:

   F Adam Nelson

   (c) At the trial:

   _____

   (d) At sentencing:

   F Adam Nelson

   (e) On appeal:

   _____

   (f) In any post-conviction proceeding:

   _____

   (g) On appeal from any ruling against you in a post-conviction proceeding:

   _____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?      Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?      Yes ☐    No ☑

   (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

   _____

   (b) Give the date the other sentence was imposed: _____

   (c) Give the length of the other sentence: _____

   (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?      Yes ☐    No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

AO 243 (Rev. 01/15)             Page 8

minute of my sentencing she decided to not give me credit for my 5K1. I believe she did not give me credit because she became upset when I used the words "I should have known what all was going on." She said I was not taking responsibility which was not the case at all. That was even verbiage she + I discussed during pre-trial prep for my testimony.

(b) **Direct Appeal of Ground Three:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐    No ☑

   (2) If you did not raise this issue in your direct appeal, explain why:

     I was not aware I could appeal.

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐    No ☑

   (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐    No ☑

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐    No ☑

   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐    No ☐

   (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

AO 243 (Rev. 01/15)

Page 9

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: I was not aware I could raise this issue.

**GROUND FOUR:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):



(b) **Direct Appeal of Ground Four:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?
    Yes ☐   No ☐
  (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
    Yes ☐   No ☐

  (2) If you answer to Question (c)(1) is "Yes," state:
  Type of motion or petition: _____
  Name and location of the court where the motion or petition was filed:

  Docket or case number (if you know): _____
  Date of the court's decision: _____
  Result (attach a copy of the court's opinion or order, if available):

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –
  (1) the date on which the judgment of conviction became final;
  (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
  (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 01/15)                                                                                                   Page 13

Therefore, movant asks that the Court grant the following relief:

reduction in sentencing and probation.
or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on    November 6, 2022    .
(month, date, year)

Executed (signed) on  November 5, 2022  (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.



US District Court
John E. Triplett
Clerk of Court
600 James Brown Blvd.
Augusta, GA 30901

Amanda Gunn
33621509-A2
FCI Aliceville
PO Box 4000
Aliceville, AL 35442