AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

AMANDA GUNN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV122-151

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated June 20, 2023, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Petitioner's 28 U.S.C. § 2255 petition is dismissed. The Court denies a COA in this case and Petitioner is not entitled in forma pauperis status on appeal. This action stands closed.



June 20, 2023  
Date

John E. Triplett, Clerk of Court  
Clerk

(By) Deputy Clerk

GAS Rev 10/2020